1  MCGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Defendant,
   Federal Crop Insurance Corporation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEWAL SINGH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, a government corporation,<br><br>　　　　　Defendant. | **Case No. 1:17-cv-01373-DAD-SAB**<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

　　　Plaintiff, Kewal Singh, and Defendant, Federal Crop Insurance Corporation, hereby stipulate and request that in order to resolve a calendar conflict, the Initial Scheduling Conference now set for January 23, 2018, be continued to February 6, 2018, at 9 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 16, 2018　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Benjamin E. Hall
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN E. HALL
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1

| | |
|---|---|
| Dated: January 16, 2018 | WILD, CARTER & TIPTON |
| | [Authorized January 16, 2018] |
| | /s/ Tracy A. Agrall |
| | TRACY A. AGRALL |
| | Attorneys for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

Dated: **January 16, 2018**

_____
UNITED STATES MAGISTRATE JUDGE