# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEWAL SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL CROP INSURANCE CORPORATION,<br><br>　　　　Defendants. | **Case No. 1:17-cv-01373-SAB**<br><br>**SCHEDULING ORDER (Fed.R.Civ.P 16)**<br><br>**Dispositive Motion Deadlines:**<br>　Filing: July 23, 2018<br>　Opposition and Cross-Motion: August 22, 2018<br>　Plaintiff's Reply and Defendant's Opposition:<br>　September 19, 2018<br>　Defendant's Reply: October 3, 2018 |

### I.    Date of Scheduling Conference

The Scheduling Conference was held on February 6, 2018.

### II.    Appearances of Counsel

Tracy Agrall appeared on behalf of Plaintiff.

Benjamin Hall appeared on behalf of Defendant.

### III.    Consent to Magistrate Judge

The parties have consented to proceed before a United States magistrate judge.

### IV.    Amendments to Pleading

Any motions or stipulations requesting leave to amend the pleadings must be filed no later than February 16, 2018. The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary. All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any

modification to the existing schedule, *see* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed.R.Civ.P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see* Foman v. Davis, 371 U.S. 178, 182 (1962).

### V. Motion Schedule

Unless prior leave of Court is obtained at least seven (7) days before the filing date, all moving and opposition briefs or legal memorandum in civil cases shall not exceed twenty-five (25) pages. Reply briefs filed by moving parties shall not exceed ten (10) pages.

The administrative record shall be filed on or before **April 27, 2018**.

Plaintiff's motion for summary judgment shall be filed on or before **July 23, 2018**.

Defendant's opposition and cross-motion for summary judgment shall be filed on or before **August 22, 2018**.

Plaintiff's reply and opposition to Defendant's cross-motion for summary judgment shall be filed on or before **September 19, 2018**.

Defendant shall file a reply on or before **October 3, 2018**.

The Court grants the parties request to be relieved from the obligation under Local Rule 260 of filing a statement of undisputed facts in connection with their cross-motions for summary judgment.

### VI. Related Matters Pending

The parties are not aware of any related matters.

### VII. Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of California.

Additional requirements and more detailed procedures for courtroom practice before

United States Magistrate Judge Stanley A. Boone can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled "Case Management Procedures," there is a link to "Standard Information." All parties and counsel shall comply with the guidelines set forth therein.

### VIII. Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested. The parties are advised that due to the impacted nature of civil cases on the district judges in the Eastern District of California, Fresno Division, that stipulations to continue set dates are disfavored and will not be granted absent good cause.**

**Lastly, should counsel or a party appearing pro se fail to comply with the directions as set forth above, an ex parte hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered.**

IT IS SO ORDERED.

Dated: **February 8, 2018**

UNITED STATES MAGISTRATE JUDGE